UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURRELL A. GAITHER,<br><br>         Plaintiff,<br><br>vs.<br><br>S. WILLIAMS, A. GEORGE, SMITH, S. AMADOR,<br><br>         Defendants. | Case No.: 24-cv-01089-AJB-DDL<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 21, 2024, Plaintiff Burrell A. Gaither ("Plaintiff"), a state prisoner proceeding *pro se* filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 and filed a motion seeking leave to proceed *in forma pauperis* ("IFP"). (Doc. Nos. 1; 2.) On July 12, 2024, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) & 1915A(b). (Doc. No. 10.) Plaintiff was granted leave to amend by September 10, 2024, and specifically instructed that if he failed to file a First Amended Complaint within the time provided the Court would enter a final Order dismissing this civil action based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment. (*Id*. at 7–8 (citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir.

1  2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a
2  district court may convert the dismissal of the complaint into dismissal of the entire
3  action.").) To date, Plaintiff has not filed a First Amended Complaint or otherwise
4  contacted the Court.
5      Accordingly, the Court **DISMISSES** this action without prejudice for failure to state
6  a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and
7  1915A(b), and for failure to prosecute. The Clerk of Court is **DIRECTED** to enter final
8  judgment accordingly.
9      **IT IS SO ORDERED.**
10 Dated:  January 21, 2025
11
12                                   Hon. Anthony J. Battaglia
                                  United States District Judge